UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DANIEL MARCEL,

        Plaintiff,

        -against-

THE UNITED STATES OF AMERICA; et al.,

        Defendants.
-----------------------------------------------------------------x

CIVIL JUDGMENT
12-CV-4404 (RRM)(VVP)

Pursuant to the order issued today by the undersigned dismissing the complaint, it is,

**ORDERED, ADJUDGED AND DECREED:** That the amended complaint is hereby dismissed. For purpose of any appeal, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any *in forma pauperis* appeal would not be taken in good faith.

Dated: Brooklyn, New York
       November 8, 2011

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge